UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NILIA GONZALEZ, o/b/o I.R.G.,

                Plaintiff,

          -against-               10 Civ. 3667 (DAB)
                                     ADOPTION OF REPORT
                                     AND RECOMMENDATION
MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon the September 12, 2011 Report and Recommendation of United States Magistrate Judge James L. Cott (the "Report"). Judge Cott's Report recommends that the Government's Motion for Judgment on the Pleadings be GRANTED. (Report at 1.)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations . . ." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y.

2003). To date, the Parties have filed no objections to said Report and Recommendation.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(A), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge James L. Cott dated September 12, 2011 be and the same hereby is approved, adopted, and ratified by the Court;

2. The decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income benefits on behalf of her infant son is hereby AFFIRMED; and

3. The Clerk of the Court is directed to close the docket in this matter.

SO ORDERED.

Dated:   New York, New York

   September 4, 2012

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

2